IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:21-CR-23 (MTT) |
| | ) |
| LAURIANO ROMERO-SANDOVAL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The government has moved to continue this case until the next trial term. Doc. 22. Defendant was indicted on May 11, 2021 and had his arraignment in this Court on July 30, 2021. Docs. 1; 11. No prior continuances have been granted. The government now moves the Court to continue this case to the next trial term to provide additional time for the defendant to receive discovery, review the evidence, prepare an effective defense, to more fully prepare for trial with his appointed counsel, and provide defendant's counsel an opportunity to continue discussions with the government regarding case resolution. Doc. 22 at 2. The defendant does not oppose the motion. *Id*. at 1

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 22) is **GRANTED**. The case is continued from the September term until the Court's trial term presently scheduled for **November 15, 2021**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 30th day of August, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT